```
          FILED            RECEIVED
          ENTERED          SERVED ON
                    COUNSEL/PARTIES OF RECORD

                    SEP 29 2015

          CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
          BY:                    DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

AEVOE CORP., a California corporation,

    Plaintiff,

v.

I-BLASON LLC, a Georgia corporation,

    Defendant.

Case No.: 2:15-cv-00149-RFB-CWH

**CONSENT ORDER FOR PRELIMINARY INJUNCTION**

    **The Parties having CONSENTED, it is hereby ORDERED** that i-Blason LLC, its agents, servants, employees, confederates, attorneys, and any persons acting in concert or participating with them, or having knowledge of this Order by personal service or otherwise be, and hereby are, **preliminarily enjoined** from practicing, making, manufacturing, importing, offering for sale, and/or selling, any of the following products (or from otherwise transferring, destroying, or disposing of any of the following products other than providing specimens to plaintiff during discovery or for testing purposes related to discovery):

- The products known the i-Blason Professional Protection Bubble Free Screen Protector, i-Blason Bubble Free Professional Screen Guard, i-Blason HD Clear Bubble Free Screen Protector, and i-Blason No Bubble, No Trouble High Definition Matrix Screen Protector, which includes the products shown at ECF 10 at 038, ECF 12 at 160 to 165, ECF 20 at Ex. F, and ECF 53 at Exs. A, B, F, and G;
- i-Blason Bubble Free Professional protection and screen guard products;
- products listed on the spreadsheet Defendant produced during discovery with the Bates number I-BLASON 189;

HILL, KERTSCHER & WHARTON, LLP
3350 RIVERWOOD PARKWAY, SUITE 800
ATLANTA, GA 30339

- any of the products identified above that are marketed, sold, or offered for sale under a different name or packaging; and
- any version or colorable imitation of the products identified above that are marketed, sold, or offered for sale under the same or different name or packaging or for different touch screen devices,

**pending trial or other order on the merits**.

i-Blason is hereby given further notice that it shall be deemed to have actual notice of the issuance and terms of this Preliminary Injunction and that any act by it in violation of any of the terms hereof may be considered and prosecuted as contempt of this Court.

DATED: September 29, 2015.                    DATED: September 29, 2015.

/s/ K. Joon Oh                                /s/ Douglas R. Kertscher
WINSTON & STRAWN LLP                          HILL, KERTSCHER & WHARTON
David S. Bloch                                Douglas R. Kertscher
K. Joon Oh
                                              PISANELLI BICE PLLC
McDONALD CARANO WILSON LLP                    James J. Pisanelli
Jeff Silvestri
Josephine Binetti McPeak                      *Attorneys for Defendant*
                                              *I-BLASON, LLC*
*Attorneys for Plaintiff*
*AEVOE CORP.*

**IT IS SO ORDERED.**

Dated: Sept. 29, 2015.

By: _____
United States District Judge