# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| AEVOE CORP., | ) | |
| Plaintiff, | ) | Case No. 2:15-cv-00149-RFB-CWH |
| vs. | ) | **ORDER** |
| I-BLASON LLC, | ) | |
| Defendant. | ) | |

Presently before the Court is Plaintiff Aevoe Corp.'s status report (ECF No. 84), filed on May 25, 2016. Also before the Court is Defendant i-Blason LLC's status report (ECF No. 85), filed on May 25, 2016.

The parties filed the status reports pursuant to the Court's order (ECF No. 84), which temporarily stayed the case pending the Patent Trial and Appeal Board's ("PTAB") decision on whether to institute an inter partes review. In their status reports, the parties inform the Court that PTAB denied institution of inter partes review and that Defendant i-Blason LLC intends to request a rehearing of PTAB's decision. Defendant i-Blason LLC requests that the stay remain in effect pending a decision on rehearing. Plaintiff Aevoe Corp. opposes that request. For the reasons stated in its previous order (ECF No. 84) staying the case, and to avoid piecemeal litigation, the Court finds that the stay should remain in effect pending PTAB's decision on rehearing.

IT IS THEREFORE ORDERED that the stay will remain in effect pending the Patent Trial and Appeal Board's decision on Defendant i-Blason LLC's request for rehearing.

IT IS FURTHER ORDERED that the parties must file a joint status report within 5 days of the

Patent Trial and Appeal Board's decision on Defendant i-Blason LLC's request for rehearing.

DATED: May 26, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**