JEFF SILVESTRI
Nevada Bar No. 5779
JOSEPHINE BINETTI McPEAK
Nevada Bar No. 7994
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV  89102
Telephone:    702.873.4100
Facsimile:    702.873.9966
E-mail:         jsilvestri@mcdonaldcarano.com
                    jmcpeak@mcdonaldcarano.com

DAVID S. BLOCH (*pro hac vice*)
K. JOON OH (*pro hac vice*)
WINSTON & STRAWN LLP
101 California St.
San Francisco, CA 94111
Telephone (415) 591-1000
Facsimile (415) 591-1400
Email: dbloch@winston.com
           koh@winston.com

*Attorneys for Plaintiff*
*AEVOE CORP.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AEVOE CORP., a California corporation, | **Case No. 2:15-cv-00149--RFB-CWH** |
| Plaintiff, | |
| vs. | **JOINT STATUS REPORT** |
| I-BLASON LLC, a Georgia limited liability corporation, | |
| Defendant. | |

**JOINT STATUS REPORT**

Pursuant to the Court's May 26, 2016 Order (ECF No. 88) continuing the stay pending the Patent Trial and Appeal Board's decision on Defendant i-Blason LLC's request for rehearing, plaintiff Aevoe Corp. and defendant i-Blason LLC (collectively, the Parties) submit this Joint Status Report:

On July 25, 2016, the Patent Trial and Appeal Board of the United States Patent and Trademark Office issued its decision denying i-Blason's request for rehearing of the PTAB's denial of institution of inter partes review for Case IPR2016-00231 regarding Aevoe's Patent 8,044,942. A true and correct copy of the decision is attached as Exhibit A.

RESPECTFULLY SUBMITTED this 1st day of August, 2016.

McDONALD CARANO WILSON LLP

By: */s/ Josephine Binetti McPeak*
JEFF SILVESTRI (NV # 5779)
JOSEPHINE BINETTI MCPEAK (NV #7994)
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV  89102
Telephone:  702.873.4100
E-mail:  jsilvestri@mcdonaldcarano.com
jmcpeak@mcdonaldcarano.com

DAVID S. BLOCH (*pro hac vice*)
K. JOON OH (*pro hac vice*)
WINSTON & STRAWN LLP
101 California St.
San Francisco, CA 94111
Telephone (415) 591-1000
Facsimile (415) 591-1400
Email: dbloch@winston.com
    koh@winston.com

*Attorneys for Plaintiff*
*AEVOE CORP.*

**JOINT STATUS REPORT**

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of McDonald Carano Wilson LLP, and that on the 1st day of August, 2016, a true and correct copy of the foregoing **JOINT STATUS REPORT** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification.

                             */s/ Michelle Wade*
                             An employee of McDonald Carano Wilson LLP

365251