UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AEVOE CORP., | )<br>) |
| Plaintiff, | )<br>) Case No. 2:15-cv-00149-RFB-CWH |
| vs. | ) **ORDER**<br>) |
| I-BLASON LLC, | )<br>) |
| Defendant. | )<br>) |

Presently before the court is the parties' joint status report (ECF No. 89), filed on August 1, 2016. In light of the representations in the joint status report,

IT IS ORDERED that the stay of this case is lifted.

IT IS FURTHER ORDERED that the parties must meet and confer as to whether an amended discovery plan and scheduling order is necessary. The parties must file an amended discovery plan and scheduling order for the court's consideration or a joint status report informing the court that an amended discovery plan and scheduling order is not necessary by August 16, 2016.

DATED: August 2, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**