James J. Pisanelli, Esq., Bar No. 4027
jjp@pisanellibice.com
M. Magali Mercera, Esq., Bar No. 11742
mmm@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada  89101
Telephone:   702.214.2100
Facsimile:    702.214.2101

Douglas R. Kertscher, Esq. (*pro hac vice*)
Blake H. Frye, Esq. (*pro hac vice*)
HILL, KERTSCHER & WHARTON
3350 Riverwood Parkway, Suite 800
Atlanta, Georgia 30339
Telephone:   770.953.0995
Facsimile:    770.953.1358

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AEVOE CORP., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>I-BLASON LLC, a Georgia corporation,<br><br>Defendant. | Case No.: 2:15-cv-00149-RFB-CWH<br><br>**STIPULATED AMENDED SCHEDULING ORDER** |

Pursuant to the prior scheduling order (ECF 97), plaintiff Aevoe Corp. and defendant i-Blason LLC (collectively, the Parties), by and through their undersigned counsel, submit this proposed Stipulated Amended Scheduling Order, which modifies only the claim construction briefing scheduling; all other dates are to remain the same.

| *Pretrial or Trial Event* | *Previous Scheduling Order (ECF 97)* | *Proposed Schedule* |
|---|---|---|
| Response Claim Construction Brief | 30 days after filing of Opening Claim Construction Brief | September 21, 2016 |
| Reply Claim Construction Brief | 21 days after filing of Response Claim Construction Brief | October 17, 2016 |
| Claim Construction Hearing | TBD per Court's calendar | TBD per Court's calendar |

DATED: September 16, 2016.

MCDONALD CARANO WILSON LLP

/s/ David S. Bloch
Jeff Silvestri, Esq., Bar # 5779
Craig A. Newby, Esq., Bar # 8591
2300 West Sahara Avenue, Suite 1200

David S. Bloch (appearing pro hac vice)
Jennifer A. Golinveaux (appearing pro hac vice)
Thomas J. Kearney (appearing pro hac vice)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894

*Attorneys for Plaintiff*
*AEVOE CORP.*

DATED: September 16, 2016.

HILL, KERTSCHER & WHARTON, LLP

/s/ M. Magali Mercera
Douglas R. Kertscher (pro hac vice)
Blake H. Frye (pro hac vice)
Hill, Kertscher & Wharton, LLP
3350 Riverwood Parkway, Suite 800
Atlanta, Georgia  30309

James J. Pisanelli, Esq. Bar #4027
M. Magali Mercera, Esq., Bar #11742
PISANELLI BICE LLP
400 South Seventh Street, Suite 300
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*I-Blason*

IT IS SO ORDERED:

_____
C.W. Hoffman, Jr.
United Stated Magistrate Judge

Dated: September 19, 2016

Case No.:  2:15-cv-00149-RFB-CWH

2