UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AEVOE CORP, | Case No. 2:15-cv-00149-RFB-CWH |
| Plaintiff, | |
| v. | |
| I-BLASON LLC, | **ORDER** |
| Defendant. | |

Presently before the Court is Plaintiff's motion to compel (ECF No. 109), filed on February 27, 2017.  Defendant has not filed a response.

Under Local Rule 26-7(b), all motions to compel discovery must set forth in full the text of the discovery originally sought and any response to it.  In its motion, Plaintiff does not set forth the full text of the discovery originally sought and any response to it for each disputed request.  In order to determine the nature and extent of the dispute, the Court requires a description of each disputed discovery request along with an explanation of the status of the dispute after the meet and confer conferences.

IT IS THEREFORE ORDERED that Plaintiff's motion to compel (ECF No. 109) is DENIED without prejudice.

DATED: February 28, 2017.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1