Jeffrey A. Silvestri, Esq. (NSBN 5779)
Craig A. Newby, Esq. (NSBN 8591)
**McDONALD CARANO LP**
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone:   (702) 873-4100
Facsimile:   (702) 873-9966
Email: jsilvestri@mcdonaldcarano.com
       cnewby@mcdonaldcarano.com

David S. Bloch (admitted *pro hac vice*)
Thomas J. Kearney (admitted *pro hac vice*)
James C. Lin (admitted *pro hac vice*)
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA  94111-5894
Telephone:   (415) 591-1000
Facsimile:   (415) 591-1400
Email: dbloch@winston.com
       tkearney@winston.com
       jalin@winston.com

Gregory Novak (admitted *pro hac vice*)
**POLSINELLI, PC**
1000 Louisiana Street, 53rd Floor
Houston, TX 77002
Telephone: (713) 374-1600
Facsimile: (713) 374-1601
Email: gnovak@polsinelli.com

Attorneys for Plaintiff
AEVOE CORP.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AEVOE CORP., a California corporation, | **Case No. 2:15-cv-00149--RFB-CWH** |
| Plaintiff, | |
| v. | [~~PROPOSED~~] |
| | **CONSENT JUDGMENT AND** |
| I-BLASON LLC, a Georgia limited liability corporation, | **PERMANENT INJUNCTION** |
| Defendant. | |

In the settlement of this action, Plaintiff Aevoe Corp. ("Aevoe") and Defendant i-Blason LLC ("Defendant") have executed a Settlement Agreement (the "Agreement").

Further to that Agreement, and good cause appearing therefore, IT IS HEREBY

STIPULATED by and between Aevoe and Defendant, that the Court enter the following Consent Judgment:

1. That this Court has jurisdiction over Aevoe and Defendant and the subject matter of this Litigation;

2. That Defendant manufactured, used, sold, imported, and/or offered for sale products, including a touch-screen protector product called "i-BLASON Professional Protection";

3. That Aevoe owns United States Patent No. 8,044,942 ("the '942 Patent");

4. That Aevoe has standing to sue for infringement of the '942 Patent;

5. That, subject to the terms of the Settlement Agreement between the parties, Aevoe and Defendant, Defendant and its agents, servants, employees, confederates, attorneys, and any persons acting in concert or participating with them, or having knowledge of this Order by personal service or otherwise be, and hereby are, permanently ENJOINED as of the date hereof and continuing until the expiration of the '942 Patent, from infringing the '942 Patent by practicing, making, manufacturing, importing, offering for sale, and/or selling, any of the following products:

- The products known as the i-Blason Professional Protection Bubble Free Screen Protector, i-Blason Bubble Free Professional Screen Guard, i-Blason HD Clear Bubble Free Screen Protector, and i-Blason No Bubble, No Trouble High Definition Matrix Screen Protector, which includes the products shown at ECF 10 at 038, ECF 12 at 160 to 165, ECF 20 at Ex. F, and ECF 53 at Exs. A, B, F, and G;

- i-Blason Bubble Free Professional protection and screen guard products;

- Products listed on the spreadsheet Defendant produced during discovery with the Bates number I-BLASON 189;

- Any of the products identified above that are marketed, sold, or offered for sale under a different name or packaging; and

- Any version or colorable imitation of the products identified above that are

4850-4054-5098, v. 1

marketed, sold, or offered for sale under the same or different name or packaging or for different touch screen devices;

6. That each party shall bear its own costs and attorneys' fees;

7. That, subject to the terms of this Consent Judgment and the terms of the Settlement Agreement between the parties, all claims asserted between the parties in this litigation are dismissed WITH PREJUDICE; and

8. That this Court shall retain jurisdiction to enforce the terms of this Consent Judgment, Injunction, and the confidential Settlement Agreement of the parties, the terms of which are incorporated herein by reference, and to consider any dispute or action relating to or arising from the Consent Judgment, Injunction, or confidential Settlement Agreement, by motion, ex parte application, or otherwise.

**IT IS SO STIPULATED.**

**POLSINELLI, PC**

By: */s/ Gregory Novak*
Gregory Novak (*pro hac vice*)
1000 Louisiana Street, 53rd Floor
Houston, TX 77002

McDONALD CARANO LP
Jeffrey A. Silvestri, Esq. (#5779)
Craig A. Newby, Esq. (#8591)
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

WINSTON & STRAWN LLP
David S. Bloch (*pro hac vice*)
Jennifer A. Golinveaux (*pro hac vice*)
Thomas J. Kearney (*pro hac vice*)
101 California Street
San Francisco, CA 94111-5894

*Attorneys for Plaintiff AEVOE CORP*

**HILL, KERTSCHER & WHARTON**

By: /s/ Douglas R. Kertscher
Douglas R. Kertscher, Esq. (*pro hac vice*)
Blake H. Frye, Esq. (*pro hac vice*)
3350 Riverwood Parkway, Suite 800
Atlanta, GA 30339

PISANELLI BICE PLLC
James J. Pisanelli, Esq. (#4027)
M. Magali Calderon, Esq. (#11742)
400 South 7th Street, Suite 300
Las Vegas, NV 89101

*Attorneys for Defendant I-BLASON, LLC*

**IT IS SO ORDERED.** The Clerk is directed to close this case.

DATED: ____July 10____, 2017

RICHARD F. BOULWARE, II
United States District Judge